NO. 22-40587

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**GIBSON BRANDS, INC.**

Plaintiff/Cross-Appellants

vs
.

**ARMADILLO DISTRIBUTION ENTERPRISES, INC.,**
**CONCORDIA INVESTMENT PARTNERS, LLC,**

Defendants-Appellants

On Appeal from the United States District Court for the Eastern District of Texas
Case No.: 19-cv-00358 ALM

**JOINT STIPULATION TO VIEW AND OBTAIN SEALED FILINGS AND EXHIBITS**
**FOR REVIEW AND RECORD CITATIONS**

Vic Houston Henry
TBA No. 09484250
Emileigh S. Hubbard
TBA No. 24076717
**HENRY ODDO AUSTIN & FLETCHER**,
      *a Professional Corporation*
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919

*Attorneys for Defendants/Appellants*

Stephen D. Howen
State Bar No. 10117800
**THE LAW OFFICES OF STEVE HOWEN**
7111 Bosque Blvd., Ste 305
Waco, Texas 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926


      -and-

Andrea E. Bates
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231


*Attorneys for Plaintiff/Cross-Appellants*

**WHEREAS**, certain filings and exhibits were filed under seal pursuant to a Protective Order entered by the district court;

**WHEREAS**, the sealed filing and exhibits are part of the record on appeal, but the sealed materials were not furnished to either counsel for Plaintiff/Cross-Appellants and/or counsel for Defendants/Appellants; and

**WHEREAS,** counsel for Plaintiff/Cross-Appellants and/or counsel for Defendants/Appellants need to review the sealed portions of the record to confirm that the record is complete and to be able to properly cite to these records as needed in briefing;

**NOW, ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys as follows:

1.     All sealed pleadings and exhibits within the record shall be provided to counsel for Plaintiff/Cross-Appellants and/or counsel for Defendants/Appellants for use in briefing any appeal or motion before this Court;

2.     Counsel for Plaintiff/Cross-Appellants and/or counsel for Defendants/Appellants shall continue to abide by the terms of the Protective Order entered by the district Court and all applicable rules and orders of this Court concerning such materials.

 **[THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]**

Dated: March 22, 2023

**The Law Offices of Steve Howen**
*Attorneys for Plaintiff/Cross-Appellants*
*Gibson Brands, Inc.*

*/s/ Stephen D. Howen with permission*
Stephen D. Howen
State Bar No. 10117800
7111 Bosque Blvd., Ste 305
Waco, Texas 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

-and-

Andrea E. Bates
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com

**HENRY ODDO AUSTIN & FLETCHER,**
      **a Professional Corporation**
*Attorneys for Defendants/Appellants Armadillo*
*Distribution Enterprises, Inc. and*
*Concordia Investment Partners, Inc.*

*/s/ Emileigh S. Hubbard*
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
TBA No. 24076717
ehubbard@hoaf.com
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919