NO. 22-40587

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**GIBSON BRANDS, INC.,**

Plaintiff/Cross-Appellants

vs

**ARMADILLO DISTRUBITION ENTERPRISES, INC.,
CONCORDIA INVESTMENT PARTNERS, LLC,**

Defendants-Appellees

On Appeal from the United States District Court for the Eastern District of Texas
Case No. 19-cv-00358 ALM

**PLAINTIFF-CROSS-APPELLANT GIBSON BRANDS, INC.'S UNOPPOSED MOTION
FOR A STAY/ABEYANCE OF THE PROCEEDINGS**

Stephen D. Howen
State Bar No. 10117800
**THE LAW OFFICES OF STEVE HOWEN**
7111 Bosque Blvd., Ste 305
Waco, Texas 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926

    -and-

Andrea E. Bates
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231

*Attorneys for Plaintiff/Cross-Appellants*

**TO THE HONORABLE COURT OF APPEALS:**

Plaintiff-Cross-Appellant Gibson Brands, Inc. ("Gibson") files this unopposed Motion for a Stay/Abeyance of the Proceedings pursuant to Federal Rules of Appellate Procedure ("Appellate Rule") 4(a)(4)(B)(i), because there is a motion of the type identified in Appellate Rule 4(a)(4)(A) that is currently pending before the District Court. (*See* District Court Docket 628, Plaintiff Gibson Brands, Inc.'s Motion for Reconsideration ("Reconsideration Motion")). Gibson's Reconsideration Motion was timely filed and seeks relief pursuant to Federal Rules of Civil Procedure 59(e) and 60(b). The Reconsideration Motion will be fully briefed on submission of Appellants' sur-reply in the next week and remains *sub-judice*.

Appellate Rule 4(a)(4)(B)(i) provides that, where a party files a notice of appeal after the entry of judgment but before filing one or more motions seeking relief pursuant to Civil Rules 59 (motion to alter or amend the judgment and motion for a new trial) or 60 (motion to correct or seek other relief from a judgment), the notice of appeal is not effective until the last such remaining motion is adjudicated by the district court and the related orders are entered (further provided that the motion was filed no later than 28 days after entry of the judgment). Appellate Rule 4(a)(4)(B)(i); *see also Washington v. UTMB*, No. 20-20434, U.S. App. LEXIS 18723, at *2 (5th Cir. 2022) (quoting *Simmons v. Reliance Life Ins. Co. of Texas*, 310 F.3d 865, 868 (5th Cir. 2002) ("Rule 4(a)(4) suspends the time for review by this Court because, until the district court addresses all post-judgment motions specified by the rule, it has not entirely finished with a case.")).

Because the district court has not yet decided on the Reconsideration Motion, which was filed after the notices of appeal filed both by Gibson and by Appellants, those notices of appeal are not yet effective and this appeal is premature. *UTMB*, 2022 U.S. App. LEXIS 18723, at *2 (*citing* Appellate Rule 4(a)(4)(B)(i) and *Burt v. Ware*, 14 F.3d 256, 260-61 (5th Cir. 1994)). Gibson therefore respectfully request that this Court temporarily stay the proceedings for purposes of allowing the

1

district court to rule on the Reconsideration Motion and that this appeal and all briefing dates related thereto be held in abeyance until the notices of appeal become effective or are amended pursuant of Appellate Rule 4(a)(4)(b)(ii). Once effective or amended notice(s) of appeal have been submitted to this Court, Gibson respectfully request that a new briefing schedule be issued.

Gibson's counsel has conferred with counsel for Defendants-Appellants, who indicated permission to file this motion as an unopposed motion for the relief requested herein.

**WHEREFORE**, Gibson respectfully requests that the relief sought herein be granted in its entirety, together with such other and further relief as the Court deems equitable and just.

Dated: May 30, 2023

**The Law Offices of Steve Howen**
*Attorneys for Plaintiff/Cross-Appellants*
*Gibson Brands, Inc.*

/s/ *Stephen D. Howen with permission*
Stephen D. Howen
State Bar No. 10117800
7111 Bosque Blvd., Ste 305
Waco, Texas 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

-and-

Andrea E. Bates
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com

**CERTIFICATE OF CONFERENCE**

I, the undersigned, hereby certify that as of the 30th day of May, 2023, counsel for Defendants-Appellants conferred with counsel for Plaintiff-CrossAppellants regarding the relief requested in this motion, and counsel for PlaintiffCross-Appellants indicated that Plaintiff-Cross Appellants were unopposed to and would join in the relief requested herein.

> */s/ Stephen D. Howen*
> Stephen D. Howen

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 30th day of May, 2023, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

> */s/ Stephen D. Howen*
> Stephen D. Howen

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, hereby certify that this document complies with the typevolume limit of Fed. R. App. P. 32(a)(7)(B) and the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 556 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. Civ. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac Version 14.7.7 with Size 12 Garamond font.

> */s/ Stephen D. Howen*
> Stephen D. Howen