# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 8, 2024
Lyle W. Cayce
Clerk

No. 22-40587

Gibson, Incorporated, *a Delaware corporation*,

        *Plaintiff—Appellee/Cross-Appellant*,

*versus*

Armadillo Distribution Enterprises, Incorporated, *a Florida corporation*; Concordia Investment Partners, L.L.C.,

        *Defendants—Appellants/Cross-Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-358
_____

Before Stewart, Clement, and Ho, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellee pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.